No. 05–5959.   PRITCHETT v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 05–5960.   TAN MINH LY v. UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 05–5963.   SANCHEZ-SANCHEZ v. UNITED STATES.   C. A.
11th Cir.   Certiorari denied.

No. 05–5967.   CURTIS v. UNITED STATES.   C. A. 10th Cir.
Certiorari denied.

No. 05–5968.   DOBBS v. UNITED STATES.   C. A. 8th Cir.   Cer-
tiorari denied.

No. 05–5969.   ECHEVARRIA ET AL. v. UNITED STATES.   C. A.
11th Cir.   Certiorari denied.

No. 05–5970.   AUSTIN v. UNITED STATES.   C. A. 6th Cir.   Cer-
tiorari denied.

No. 05–5971.   BLECKLER v. UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 05–5973.   ARKADIE v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 05–5974.   GARCIA-GILL v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 05–5976.   HOLDEN v. UNITED STATES.   C. A. 4th Cir.
Certiorari denied.

No. 05–5977.   GOMEZ-MORALES v. UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.

No. 05–5982.   GONZALEZ v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 05–5984.   GLENN v. UNITED STATES.   C. A. 4th Cir.   Cer-
tiorari denied.

No. 05–5986.   MURIEL-MORALES v. UNITED STATES.   C. A. 1st
Cir.   Certiorari denied.